## The Farmers' Loan and Trust Company v. Eugene G. St. Clair.

*Replevin: Special interest: Verdict: Amount.* In replevin where the verdict is for defendant and he claims only a lien upon or special interest in the property, the general title being in the plaintiff, it is essential under our statute that the verdict should specify the amount of defendant's interest.

*Heard and decided October 11.*

Error to Marquette Circuit.

This is replevin, brought by plaintiff in error to recover possession of a train of cars and locomotive seized by defendant in error as town treasurer, for taxes assessed upon the lands of the Marquette, Houghton & Ontonagon Railroad Company for the year 1873. Plaintiff in error claimed title as mortgagee of the railroad company. The cause was tried by jury and the defendant recovered a verdict and judgment, but the verdict failed to specify the amount of the defendant's lien or interest.

*W. D. Williams, W. P. Healy* and *John Atkinson,* for plaintiff in error.

*James E. Daliba* and *Hoyt Post,* for defendant in error.

THE COURT held that the verdict was clearly irregular under the statute, in that it failed to find the amount of defendant's lien or interest.

Judgment reversed, with costs, and a new trial granted.